# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

JASON R. HOWARD,          )
                                )
             Plaintiff,     )
     vs.                   )     No. 1:10-cv-1164-LJM-DML
                                )
SHAWN BRILES, et al.,      )
                                )
            Defendants.   )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the action is **dismissed pursuant to 28 U.S.C. § 1915A(b)**. Any claim through which Mr. Howard seeks to vacate his state conviction in the Warren Circuit Court is dismissed for lack of jurisdiction. Claims against defendants Shawn Briles, John Radar, John Larson, Steve McCombs, the Town of Williamsport, and Warren County are dismissed without prejudice. All other claims are dismissed with prejudice.

Date: _03/14/2011_____

Laura Briggs, Clerk
United States District Court

*LARRY J. McKinney*
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

*Ruth E. Oliu*
By: Deputy Clerk

Distribution:

Jason Howard
701 S. Brady St.
Attica, IN 47918